McCORMICK HARVESTING MACHINE COMPANY v. J. A. CUMMINS.

FILED DECEMBER 6, 1899. No. 9,057.

Summons: DEFENDANTS IN DIFFERENT COUNTIES: NAMES OF PARTIES: STATUTE OF LIMITATIONS.

ERROR from the district court of Red Willow county. Tried below before NORRIS, J. *Reversed.*

*Ricketts & Wilson*, for plaintiff in error.

*George C. Gillan* and *W. S. Morlan*, contra.

HARRISON, C. J.

This case was submitted with one of the same title (*McCormick Harvesting Machine Co. v. Cummins*, 59 Nebr., 330), the decision and disposition of the one to govern in both. In accordance with the submission the judgment of the district court is reversed, and the judgment of the county court affirmed.

REVERSED.